No. 74–1315. PLESS *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 74–1320. ANDERSEN ET AL. *v.* FEAR. C. A. 3d Cir. Certiorari denied. 

No. 74–1321. FEYEN *v.* AMERICAN MAIL LINE, LTD. Sup. Ct. Ore. Certiorari denied. 

No. 74–1325. DUGGAN ET AL. *v.* INTERNATIONAL ASSOCIATION OF MACHINISTS. C. A. 9th Cir. Certiorari denied. 

No. 74–1338. MELODY RECORDINGS, INC., ET AL. *v.* JONDORA MUSIC PUBLISHING CO. ET AL. C. A. 3d Cir. Certiorari denied. 

No. 74–1348. AUSTIN *v.* INDIANA. Sup. Ct. Ind. Certiorari denied. 

No. 74–1356. RALEY *v.* NICHOLAS ET UX. C. A. 10th Cir. Certiorari denied. 

No. 74–6167. HAWK *v.* SUPERIOR COURT OF CALIFORNIA, SOLANO COUNTY. Ct. App. Cal., 1st App. Dist. Certiorari denied. 

No. 74–6203. DANIEL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 74–6205. DAVIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 74–6211. MONTOYA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 74–6236. BURKS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.